Andrew Muscato
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
(A Delaware limited liability partnership)
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Attorneys for Defendant
Conseco Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------- x
JOSEPH HALPERN,                 :
                                :   Civil Action No. 08-1660 (PGS)
            Plaintiff,          :
                                :
    v.                          :
                                :   **CONSENT ORDER EXTENDING**
CONSECO INSURANCE COMPANY d/b/a :   **DEFENDANT'S TIME TO ANSWER,**
CONSECO SERVICES, L.L.C.,       :   **MOVE OR OTHERWISE RESPOND**
                                :
            Defendant.          :
------------------------------- x

THIS MATTER having been brought before the Court by Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Conseco Insurance Company (incorrectly designated as Conseco Insurance Company d/b/a Conseco Services, L.L.C.), with the consent of Lowenstein Sandler PC, attorneys for Plaintiff Joseph Halpern, for an order extending Defendant's time to answer, move or otherwise respond to the Complaint, and for good cause shown,

IT IS on this _____ day of June 2008,

ORDERED that the time within which Defendant shall answer, move or otherwise plead to the Complaint filed herein be, and the same hereby is, extended from June 5, 2008 to and including June 26, 2008.

_____
HON. PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE

The undersigned counsel consent to the form and entry of the above Order:

LOWENSTEIN SANDLER, PC
Attorneys for Plaintiff Joseph Halpern

By: _____
Robert D. Chesler

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Attorneys for Defendant Conseco Insurance Company

By: _____
Andrew Muscato

2